# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**NICHOLAS JACKSON,**
Appellant,

v.

**OPAL FORBES-JACKSON,**
Appellee.

No. 4D20-2229

[July 1, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 50-2013-DR-009843-XXXX-MB.

Craig Boudreau of Boudreau Law, West Palm Beach, for appellant.

Stacey D. Mullins of GrayRobinson, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., CIKLIN and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***